# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nicholas Dodge Bruesch, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Leann Bertsch, et. al., | ) | Case No. 1:16-cv-041 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Motion to Stay All Deadlines and for Court Sponsored Settlement Conference" filed by defendants on April 26, 2017. The court **GRANTS** the motion (Docket Nos. 41 and 42). The undersigned shall conduct a settlement conference in the above-entitled action on May 19, 2017, at 9:00 a.m. at the North Dakota State Penitentiary. All pretrial deadlines, including defendants' deadline for responding to plaintiff's pending "Motion for Summary Judgment," shall be suspended pending further order of the court.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court