# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Nicholas Dodge Bruesch, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Leann Bertsch, et. al., | ) | Case No.1:16-cv-041 |
| Defendants. | ) | |

On May 1, 2017, the court stayed all pretrial deadlines on motion by defendants pending the settlement conference on May 19, 2017. On May 31, 2017, defendants filed a motion to lift the stay and set a briefing deadline for plaintiff's motion for summary judgment.

The court **GRANTS** defendants' motion (Docket No. 47). The court hereby lifts the stay. Defendants shall have until June 30, 2017, to file a response to plaintiff's motion for summary judgment. Thereafter, plaintiff shall have seven days to file a reply.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court