# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nicolas Dodge Bruesch, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Leann Bertsch, et al., | ) | Case No.  1:16-cv-041 |
| | ) | |
| Defendants. | ) | |

On May 31, 2017, the court issued an order that lifted the stay of all pretrial deadlines and established briefing deadlines for plaintiff's motion for summary judgment.  On June 5, 2017, plaintiff filed a motion requesting that the court lift the stay of all pretrial deadlines.  The court's order and plaintiff's motion presumably crossed in the mail.  In any event, as the court has lifted the stay, plaintiff's motion (Docket No.  49) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2017.

*/s/ Charles S.  Miller, Jr.*
Charles S.  Miller, Jr., Magistrate Judge
United States District Court