# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nicolas Dodge Bruesch, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Leann Bertsch, et al., | ) | Case No. 1:16-cv-041 |
| | ) | |
| Defendants. | ) | |

On April 26, defendants filed a motion to stay all deadlines. On May 1, 2017, the court issued an order granting the motion, and stayed all pretrial deadlines pending a settlement conference scheduled for May 19, 2017. On May 31, 2017, the court issued an order lifting the stay of all pretrial deadlines and establishing briefing schedule for plaintiff's motion for summary judgment. On June 5, 2017, plaintiff filed a motion requesting that the court lift the stay of all pretrial deadlines. The court deemed plaintiff's motion moot as had already lifted the stay.

On June 15, 2017, plaintiff filed a "Motion Requesting to Proceed with All Deadlines." He also filed a "Motion Opposing Defendants Request to Delay Deadlines." Although not entirely clear, it appears that plaintiff is essentially objecting to the motion filed by defendant's on April 26, 2017.

As noted above, the court has lifted the stay it previously imposed. Consequently, plaintiff's motions (Docket Nos. 51 and 52) are deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court