# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nicholas Bruesch, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Leann Bertsch, et. al., | ) | Case No. 1:16-cv-041 |
| Defendants. | ) | |

On June 26, 2017, defendants contacted the court to request a Rule 37.1(b) telephone conference to discuss a a potential discovery issue. Accordingly, the court shall conduct a status conference with the parties by telephone on July 29, 2017, at 11:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2017.

                                                       */s/ Charles S. Miller, Jr.*
                                                       Charles S. Miller, Jr., Magistrate Judge
                                                       United States District Court