# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nicholas Dodge Bruesch, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Leann Bertsch, et. al., | ) | Case No. 1:16-cv-041 |
| Defendants. | ) | |

Before the court is defendants' motion to postpone trial. The court **GRANTS** defendants' motion (Doc. Nos. 64 and 67). The final pretrial conference scheduled for February 28, 2018, and the trial scheduled for March 13, 2018, are canceled. Both shall be rescheduled as necessary once Chief Judge Hovland has ruled on defendants' pending Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated this 1st day of February, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court